UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    PHILLIP A. WALKER,

                              Case No. 3:08-bk-07670-JAF

        Debtor.

---

    PHILLIP A. WALKER,

        Plaintiff,

v.                            Adv. Pro. No. 08-00418

    CLEARPOINT FINANCIAL
    SOLUTIONS, INC.
    d/b/a CREDIT COUNSELORS
    AND CDC DEBT COUNSELING

        Defendant.

---

## NOTICE OF FILING IN SUPPORT OF MOTION FOR SANCTIONS

COMES NOW the Defendant, ClearPoint Financial Solutions, Inc., d/b/a Credit Counselors and CDC Debt Counseling, and gives notice of filing the original Affidavit of Attorney of Record Supporting Award of Attorney's Fees in support of Defendant's Motion for Sanctions, previously filed herein.

DATED this 23rd day of July, 2009.

                        HELD & ISRAEL

                        *Kimberly Held Israel*

                        Kimberly Held Israel
                        Florida Bar No. 47287
                        6320 St. Augustine Rd., Suite 2
                        Jacksonville, FL  32217
                        E-mail: khisrael@hilawfirm.com
                        (904) 398-7038 (Telephone)
                        (904) 398-4283 (Facsimile)
                        Attorney for Defendant, ClearPoint
                         Financial Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing in Support of Motion for Sanctions has been served via electronic transmission and/or U.S. Mail on this 23rd day of July, 2009, to: **Bryan K. Mickler, Esq.,** Law Offices of Mickler & Mickler, 5452 Arlington Expressway, Jacksonville, FL 32211, Attorney for Plaintiff; and **Douglas W. Neway,** P.O. Box 4308, Jacksonville, FL 32203, Chapter 13 Trustee.

Kimberly Held Israel
Attorney

2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

PHILLIP A. WALKER,

Case No. 3:08-bk-07670-JAF

Debtor.

PHILLIP A. WALKER,

Plaintiff,

v.

Adv. Pro. No. 08-00418

CLEARPOINT FINANCIAL
SOLUTIONS, INC.
d/b/a CREDIT COUNSELORS
AND CDC DEBT COUNSELING

Defendant.

## DEFENDANT'S AFFIDAVIT OF ATTORNEY OF RECORD SUPPORTING AWARD OF ATTORNEY'S FEES

STATE OF FLORIDA
COUNTY OF DUVAL

BEFORE ME, the undersigned authority, personally appeared KIMBERLY HELD ISRAEL, who makes this Affidavit in the County and State aforesaid, and after being duly sworn by me, deposes and says:

1.    I am a member of the Firm that is the attorney of record and has represented and continues to represent the Defendant herein in defense of this adversary proceeding.

2.    I have personal knowledge of the facts set forth herein and they are true and correct.

3.    The Firm of Held & Israel was retained as counsel for the Defendant, in order to represent and defend it in the adversary proceeding filed by Plaintiff.

4.    Defendant has incurred $4,205.00 in attorney's fees related to the defense of this matter, as more fully set forth in paragraph 7 below.

5.    The amount set forth in paragraph 4 is based upon records kept on a daily basis by Held & Israel and is limited to time spent on this particular matter.

6.    The fee arrangement between the Defendant and Held & Israel is based upon the Firm's standard hourly rates.  My hourly rate is $265.00 per hour.  Our paralegal Deanna Gantert's hourly rate is $90.00.

7.    The following is a summary of the legal fees incurred by the Defendant as reflected in this Affidavit:

Fees Incurred through July 21, 2009:

| NAME | HOURS | RATE | FEES |
|------|-------|------|------|
| Kimberly H. Israel | 15.8 | $265.00 | $4,187.00 |
| Deanna Gantert | .2 | $ 90.00 | $   18.00 |

**TOTAL:**                                                              **$ 4,205.00**

2

8.    Based upon the matters set forth in Defendant's Motion for Sanctions, the manner in which the matter has been handled by Plaintiff and/or his counsel, and the hourly fee arrangement, a fee of $4,205.00 is a reasonable fee to be awarded to Defendant for its attorney's fees as a sanction for Plaintiff's and/or his counsel's conduct.

FURTHER AFFIANT SAYETH NOT.

HELD & ISRAEL

Kimberly Held Israel

STATE OF FLORIDA
COUNTY OF DUVAL

Subscribed and sworn to before me on this 23 day of July, 2009, by KIMBERLY HELD ISRAEL, who is personally known to me.

NOTARY PUBLIC, State of Florida
My Commission expires: 3-26-10

Deanna Gantert
Commission # DD533288
Expires March 26, 2010
Bonded Tray Fain - Insurance, Inc. 800-385-7019

3