UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

PHILLIP A. WALKER,

    Debtor.

Case No. 3:08-bk-07670-JAF

---

PHILLIP A. WALKER,

    Plaintiff,

v.

Adv. Pro. No. 08-00418

CLEARPOINT FINANCIAL
SOLUTIONS, INC.
d/b/a CREDIT COUNSELORS
AND CDC DEBT COUNSELING

    Defendant.

---

## NOTICE OF FILING IN SUPPORT OF MOTION FOR SANCTIONS

COMES NOW the Defendant, ClearPoint Financial Solutions, Inc., d/b/a Credit Counselors and CDC Debt Counseling, and gives notice of filing the original Affidavit of Attorney of Record Supporting Award of Attorney's Fees in support of Defendant's Motion for Sanctions, previously filed herein, from its out-of-state corporate and bankruptcy counsel.

DATED this 24th day of July, 2009.

HELD & ISRAEL

*Kimberly Held Israel*
Kimberly Held Israel
Florida Bar No. 47287
6320 St. Augustine Rd., Suite 2
Jacksonville, FL 32217
E-mail: khisrael@hilawfirm.com
(904) 398-7038 (Telephone)
(904) 398-4283 (Facsimile)
Attorney for Defendant, ClearPoint Financial Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing Affidavit in Support of Motion for Sanctions has been served via electronic transmission and/or U.S. Mail on this 24th day of July, 2009, to: **Bryan K. Mickler, Esq.**, Law Offices of Mickler & Mickler, 5452 Arlington Expressway, Jacksonville, FL 32211, Attorney for Plaintiff; and **Douglas W. Neway**, P.O. Box 4308, Jacksonville, FL 32203, Chapter 13 Trustee.

_____
Kimberly N. Israel
Attorney

2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    PHILLIP A. WALKER,

        Debtor.

Case No. 3:08-bk-07670-JAF

---

    PHILLIP A. WALKER,

        Plaintiff,

v.

    CLEARPOINT FINANCIAL
    SOLUTIONS, INC.
    d/b/a CREDIT COUNSELORS
    AND CDC DEBT COUNSELING

        Defendant.

Adv. Pro. No. 08-00418

---

### AFFIDAVIT OF COUNSEL SUPPORTING AWARD OF ATTORNEYS' FEES

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND

    BEFORE ME, the undersigned, personally appeared PAUL W. JACOBS, II, who makes this Affidavit in the City and State aforesaid, and after being duly sworn by me, deposes and says:

    1.    I am a member of the firm that represents the Defendant herein in defense of this adversary proceeding.

    2.    I have personal knowledge of the facts set forth herein and they are true and correct.

3. The firm of Christian & Barton, LLP was retained as counsel for the Defendant, in order to represent and defend it in the adversary proceeding filed by Plaintiff.

4. Defendant has incurred $12,732.30 in attorneys' fees related to the defense of this matter, as more fully set forth in paragraph 7 below.

5. The amount set forth in paragraph 4 is based upon records kept on a daily basis by Christian & Barton, LLP and is limited to time spent on this particular matter.

6. The fee arrangement between the Defendant and Christian & Barton, LLP is based upon the firm's standard hourly rates, plus a 10% discount. My hourly rate is $315.00 per hour; Augustus C. Epps, Jr.'s hourly rate is $315.00; Jennifer M. McLemore's rate is $210.00 per hour; and Noelle M. James' hourly rate is $175.00.

7. The following is a summary of the legal fees incurred by the Defendant as reflected in this Affidavit:

Fees incurred through June 30, 2009:

| NAME | HOURS | RATE | FEES |
|---|---|---|---|
| Paul W. Jacobs, II | 5.0 | $315.00 | $1,575.00 |
| August C. Epps, Jr. | 1.2 | $315.00 | 378.00 |
| Jennifer M. McLemore | 32.9 | $210.00 | $6,909.00 |
| Noelle M. James | 30.2 | $175.00 | $5,285.00 |

Total Before Discount: $14,147.00
Discount: $ 1,414.70
**Total After Discount Applied:** **$12,732.30**

2

8. Based upon the matters set forth in Defendant's Motion for Sanctions, the manner in which the matter has been handled by Plaintiff and/or his counsel, and the hourly fee arrangement, a fee of $12,732.30 is a reasonable fee to be awarded to Defendant for its attorneys' fees as a sanction for Plaintiff's and/or his counsel's conduct.

FURTHER AFFIANT SAYETH NOT.

CHRISTIAN & BARTON, LLP

_____
Paul W. Jacobs, II

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND

Subscribed and sworn to before me on this 23rd day of July, 2009, by PAUL W. JACOBS, II, who is personally known to me.

_____
NOTARY PUBLIC, Commonwealth of Virginia

My Commission expires: 06/30/2013

969068

3