UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

PHILLIP A. WALKER,

        Debtor.

Case No. 3:08-bk-07670-JAF

---

PHILLIP A. WALKER,

        Plaintiff,

v.

CLEARPOINT FINANCIAL
SOLUTIONS, INC.
d/b/a CREDIT COUNSELORS
and CDC DEBT COUNSELING

        Defendant.

Adv. Pro. No. 08-00418

---

### Defendant's Trial Exhibit List

COMES NOW Defendant, ClearPoint Financial Solutions, Inc. d/b/a Credit Counselors and CDC Debt Counseling ("ClearPoint"), by and through its undersigned counsel, and pursuant to the Court's Order Scheduling Trial, files its Exhibit List as follows:

| | |
|---|---|
| 1 | Letter from the Department of the Treasury dated August 27, 2005 |
| 2 | ClearPoint's Authorization and Disclosure Agreement signed by Walker |
| 3 | Client Trust Activity Report as of December 30, 2008 |

| | |
|---|---|
| 4 | Printouts from the IRS website - search of charities |
| 5 | Documents signed by Plaintiff as part of his DMP packet |
| 6 | Exhibit 1 to Plaintiff's deposition |
| 7 | Exhibit 2 to Plaintiff's deposition |
| 8 | Exhibit 3 to Plaintiff's deposition |
| 9 | Composite Exhibit 4 to Plaintiff's deposition |
| 10 | Exhibit 5 to Plaintiff's deposition |
| 11 | Documents provided to ClearPoint by Plaintiff, including credit card statements reflecting debts owed to each |
| 12 | Exhibit "B" to Gene Fitz's Affidavit (ACH form) |
| 13 | Exhibit "C" to Gene Fitz's Affidavit (the reverse side of Walker's monthly statements) |

**HELD & ISRAEL**

*Kimberly Held Israel*
Kimberly Held Israel
Florida Bar No. 47287
6320 St. Augustine Rd., Suite 2
Jacksonville, FL 32217
E-mail: khisrael@hilawfirm.com
(904) 398-7038 (Telephone)
(904) 398-4283 (Fax)
Attorney for Defendant,
ClearPoint Financial Solutions, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Trial Exhibit List was served via electronic transmission and/or U.S. Mail on this 11th day of September, 2009, to: **Bryan K. Mickler, Esq.**, Law Offices of Mickler & Mickler, 5452 Arlington Expressway, Jacksonville, FL 32211, Attorney for Plaintiff; and **Douglas W. Neway**, P.O. Box 4308, Jacksonville, FL 32203, Chapter 13 Trustee.

*Kimberly H. Israel*
ATTORNEY