UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:08-bk-7670
Chapter 13

PHILIP ARNOLD WALKER

_____Debtor(s)_____/

Philip Arnold Walker
       Plaintiff(s)
vs.

Adv. No. 3:08-ap-00418-JAF

Clearpoint Financial Solutions, Inc. d/b/a Credit
Counselors and CDC Debt Counseling
_____Defendant(s)_____/

## ORDER STRIKING PLAINTIFF'S TRIAL WITNESS LIST AND EXHIBIT LIST

    This proceeding came on for consideration upon the Court's own motion. On September 12, 2009, the Plaintiff filed a Witness List and Exhibit List without signature of Plaintiff's Attorney It is

ORDERED:

Plaintiff's Witness List and Exhibit List is/are stricken from the record.

DATED September 14, 2009.

                                                   Jerry A. Funk
                                                   United States Bankruptcy Judge

Copies furnished to:
Plaintiff
Defendant