UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

PHILLIP A. WALKER,

Case No. 3:08-bk-07670-JAF

Debtor.

---

PHILLIP A. WALKER,

Plaintiff,

v.

Adv. Pro. No. 08-00418

CLEARPOINT FINANCIAL
SOLUTIONS, INC.
d/b/a CREDIT COUNSELORS
AND CDC DEBT COUNSELING

Defendant.

---

## DEFENDANT'S RESPONSE TO COURT'S ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS

COMES NOW the Defendant, ClearPoint Financial Solutions, Inc., d/b/a Credit Counselors and CDC Debt Counseling ("ClearPoint"), and in response to the Court's Order dated September 17, 2009, hereby files its response as follows: In accordance with the terms of the parties' settlement, ClearPoint will not be filing an Affidavit as to the fees and costs it incurred in this matter, and is notifying the Court of same in order to otherwise comply with the deadline set forth in the Court's Order Granting Defendant's Motion for Sanctions

entered on September 17, 2009.

**HELD & ISRAEL**

/s/ Kimberly Held Israel

Kimberly Held Israel
Florida Bar No. 47287
6320 St. Augustine Rd., Suite 2
Jacksonville, FL 32217
E-mail: khisrael@hilawfirm.com
(904) 398-7038 (Telephone)
(904) 398-4283 (Facsimile)
Attorney for Defendant, ClearPoint
  Financial Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Response to Court's Order Granting Defendant's Motion for Sanctions has been served via electronic transmission and/or U.S. Mail on this 28th day of September, 2009, to: **Bryan K. Mickler, Esq.**, Law Offices of Mickler & Mickler, 5452 Arlington Expressway, Jacksonville, FL 32211, Attorney for Plaintiff; and **Douglas W. Neway**, P.O. Box 4308, Jacksonville, FL 32203, Chapter 13 Trustee.

/s/ Kimberly Held Israel

Attorney